■ GALAXY EXPORT, INC., Respondent, v BEDFORD TEXTILE PRODUCTS, INC., Appellant. — In an action to recover damages, *inter alia,* for breach of contract, defendant appeals from an order of the Supreme Court, Kings County (Yoswein, J.), dated January 18, 1982, which denied its application to "renew" a prior motion to dismiss the third cause of action in the complaint. Appeal dismissed, with $50 costs and disbursements. Defendant's motion to "renew" was, in reality, a motion to reargue, as no new matter was presented which was unavailable to defendant prior to denial of its prior motion and affirmance thereof by this court upon appeal (see *Erlich v Erlich,* 80 AD2d 882; *Galaxy Export v Bedford Textile Prods.,* 84 AD2d 572). An order denying a motion for leave to reargue is not appealable. In any event, we note that we have already considered and rejected the substantive arguments raised by defendant on this appeal (see *Galaxy Export v Bedford Textile Prods., supra*). O'Connor, J. P., Thompson, Niehoff and Rubin, JJ., concur.